[No. 24183–4–I. Division One. September 24, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. BRET
RAYMOND CHAUSSEE, *Appellant.*

Appeal from judgments of the Superior Court for King County, No. 88–1–00064–2, James D. McCutcheon, Jr., J., entered June 27 and July 8, 1988. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Grosse, A.C.J., and Scholfield, J.

[No. 23910–4–I. Division One. September 24, 1990.]

DELTA REHABILITATION CENTER, INC., *Appellant,* v. THE
DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87–2–06385–1, Stuart C. French, J., entered March 22, 1989. *Reversed* by unpublished opinion per Grosse, A.C.J., concurred in by Winsor and Forrest, JJ.

[No. 12583–8–II. Division Two. September 24, 1990.]

MAUDIE SIMMONS, *Respondent,* v. MARGARET SLAYTON,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–2–04243–5, Waldo F. Stone, J., entered January 24, 1989. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Zellmer, J. Pro Tem., concurred in by Petrich, A.C.J., and Wieland, J. Pro Tem.